IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAMMIE L. BROWN, JR.,**                                               **PLAINTIFF**
**ADC #142589**

v.                      **CASE NO. 4:17CV00269 BSM**

**TIM RYLES, et al.**                                               **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 7] submitted by United States Magistrate Judge Beth Deere and plaintiff Sammie Brown's objections [Doc. No. 8] have been reviewed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, Brown is allowed to proceed with his excessive-force claims against defendant Gurly in his individual capacity and with his failure-to-protect claim against defendant Hinton in his individual capacity. Brown's remaining claims, however, are dismissed without prejudice.

IT IS SO ORDERED this 19th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE