IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAMMIE L. BROWN, JR.                                                                    PLAINTIFF
ADC # 142589

V.                              NO. 4:17-CV-269-BD

TIM RYLES, *et al.*                                                                     DEFENDANTS

## JUDGMENT ON JURY VERDICT

This case was tried on December 10-11, 2018, to twelve jurors. After all issues were duly tried, the jury deliberated, then returned a verdict on December 11, 2018, in favor of the only remaining Defendant, Brandon Gurley.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff, Sammie L. Brown, Jr. takes nothing on his complaint against Brandon Gurley, and the case is hereby dismissed.

DATED this 20th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE